UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| STEVEN BECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. _____<br><br>**JURY TRIAL DEMANDED** |
|---|---|

## INDEX OF EXHIBITS TO CLASS ACTION COMPLAINT

| No. | Description |
|---|---|
| 1. | August 22, 2022 Wall Street Journal article titled "*Roof Strength on Older Ford Trucks Called Into Question by $1.7 Billion Jury Verdict*" |
| 2. | Motorbiscuit.com "*What You Should Know About the Ford Super Duty Death Wobble*" |
| 3. | MY 2013 Ford SuperDuty brochure |
| 4. | MY 2009 Ford SuperDuty brochure |
| 5. | MY 2011 Ford SuperDuty brochure |
| 6. | 2013 Ford F-350, Motortrend.com |
| 7. | 2016 Ford F-350, Motortend.com |
| 8. | *Ott v. Ford Motor Co.*, No. 4:03-cv-00101 (W.D. Ky.), Dkt. No. 76-2 |
| 9. | August 25, 2022 Wall Street Journal article titled "*Ford Trucks Highlighted in $1.7 Billion Verdict Weren't Subject to Tougher Safety Rules*" |

- 2 -

| 10. | Ford Forums - "*U.S.: Danger Overhead: Crushed Roofs, Thousands Killed, hurt as auto roofs collapse*" |
|-----|---|
| 11. | *Taylor v. Ford Motor Co.*, No. 06-69-B-W (D. Me.), Dkt. No. 97 |

- 2 -