# EXHIBIT 3

2013 **SUPER DUTY**®





# AMERICA'S MOST CAPABLE PICKUP IS GOING PLATINUM.

Introducing the all-new 2013 Super Duty® PLATINUM: heavy-duty capability blended with an unprecedented level of sophistication. From its uniquely styled premium leather-trimmed interior with heated steering wheel to its voice-activated SYNC® with MyFord Touch,® PLATINUM may just be the most luxurious Super Duty ever. Best-in-class[1] horsepower, torque and fuel economy[2] are yours with the gas and diesel Built Ford Tough® powertrains. Best-in-class maximum payload and towing capabilities[3] and standard trailer sway control mean Super Duty helps you get the job done when no one else can. No wonder F-Series has been America's best-selling truck for 35 years. Go further in a 2013 Super Duty.

F-350 PLATINUM Crew Cab DRW 4x4. Ruby Red. Available equipment.

[1] Class is Full-Size Pickups over 8,500 lbs. GVWR vs. 2012/2013 competitors. [2] Based on Ford drive-cycle tests of comparably equipped 2011/2012 Ford and 2011/2012 competitive models. [3] When properly equipped. Vehicles throughout this brochure may be shown with optional and aftermarket upfit equipment.

2013 **SUPER DUTY**®
ford.com












# OUTWORKS ALL THE REST.

This Super Duty® has endured more torture testing than any previous generation of Ford Truck — including over 10 million cumulative miles on the most tested Power Stroke® diesel engine ever. A world-class team put this truck through a groundbreaking battery of computer simulations, lab and real-world tests, running it for thousands of hours on end in extreme conditions. Scorching heat. Bitter cold. Loaded to the max. Up the steepest grades. All to confirm that it is far more than the sum of its parts.

Super Duty is built to be the best, most capable truck in its class,[1] bringing you the best diesel and gas fuel economy,[2] plus max. capabilities and lots of other features only Ford can deliver. With the most configurations of any truck in its class, there's a Super Duty just right for you and your work.

### Best in Class

- Max. Horsepower and Torque: Diesel and Gas
- Max. Conventional Towing: 18,500 lbs.[3]
- Max. 5th-Wheel Towing: 24,700 lbs.[3]
- Max. GCWR: 33,000 lbs.[3]
- Max. Payload: 7,260 lbs.[3]
- Fuel Economy: Diesel and Gas

### Class Exclusive

- 5th-Wheel/Gooseneck Trailer Tow Prep Package[4]
- Standard Trailer Sway Control on both SRW and DRW
- Hill Descent Control™[4]
- Tailgate Step[4]
- Cable Lock by Master Lock®[5]
- LCD Productivity Screen[4]
- Standard MyKey®
- Standard Safety Canopy® System
- Live-Drive Power Take-Off (PTO)[4]

[1]Class is Full-Size Pickups over 8,500 lbs. GVWR vs. 2012/2013 competitors. [2]Based on Ford drive-cycle tests of comparably equipped 2011/2012 Ford and 2011/2012 competitive models. [3]When properly equipped. [4]Available feature. [5]Ford Licensed Accessory. See your dealer for limited warranty details.

2013 **SUPER DUTY**®
ford.com



BUILT Ford TOUGH



# DIESEL BEATS THE COMPETITION 3 TIMES OVER.

Best-in-class horsepower, torque and fuel economy.[1] The 6.7L Power Stroke® V8 Turbo Diesel gives you all 3. With this advanced engine, Super Duty® delivers 400 hp, 800 lb.-ft. of torque, and up to a 20% improvement in fuel economy over the previous generation, making it the best in its class. Designed, engineered and built by Ford, the 6.7L features many innovative details including aluminum cylinder heads with precision dual water jackets that help minimize weight and maximize cooling. It's also the most tested Power Stroke diesel ever. This B20-capable engine has proven itself in over 10 million miles of cumulative testing under extreme conditions from 120ºF scorching heat to -40ºF bone-chilling cold. It's Built Ford Tough.®

**Cleanest Super Duty diesel ever.** This engine generation utilizes industry-proven technology and innovative Ford strategies to meet the latest federal emissions standards – reducing nitrogen oxide (NOx) levels by more than 80% compared to the previous-generation diesel. For your part, just watch for a low diesel exhaust fluid (DEF) alert in the vehicle's message center, then locate the blue DEF fill cap and replenish the DEF supply. The reservoir holds 5 gallons of Ford-approved DEF, which can be purchased from your Ford Dealer or other authorized retailers.

**Delivers maximum power quickly.** The diesel engine's class-exclusive single-sequential turbocharger features the compact, efficient design of a dual-sided compressor wheel.

**Powers upfits anytime the engine's running.** Whether you're in motion or at a complete stop, you can power your upfits with the diesel and our class-exclusive live-drive power take-off (PTO) provision.[2] It keeps the job going with an output gear linked directly to the engine crankshaft.

**Standard TorqShift® 6-speed SelectShift Automatic.®** This rugged transmission is also designed, engineered and built by the Ford powertrain team. Its torque converter includes low-speed lockup capability (down to 900 rpm), which enables the engine to run efficiently at lower rpm. The high-strength sinter-metal carrier, with its patented Ford rocker one-way clutch, easily handles the extreme low-end torque of the diesel engine, as well as the high speeds of the gas engine. Plus, a high-capacity, high-efficiency fluid filter extends your fluid- and filter-change intervals up to 150,000 miles.



Best-in-Class Diesel
**800 lb.-ft. of torque**

Best-in-Class Diesel
**400 horsepower**

Engine speed (rpm)

[1]Based on Ford drive-cycle tests of comparably equipped 2011/2012 Ford and 2011/2012 competitive models. [2]Available feature.



# GAS OUTDOES ITS RIVALS TOO.

As the standard engine on F-250/F-350, the free-breathing 6.2L V8 helps Super Duty® achieve up to 15% better fuel economy than the previous generation's base engine, making it the best in its class.[2] This state-of-the-art Ford built powerhouse also generates best-in-class 385 hp and 405 lb.-ft. of torque.[1] Rest assured, it's ready for work. The Ford powertrain team designed, engineered, built and torture tested it themselves. New for 2013, an extra-heavy-duty alternator[3] rated at 200 hardworking amps is standard on all LARIAT, KING RANCH® and PLATINUM models equipped with the 6.2L.

**Produces significant low-rpm torque.** The stiff SOHC valvetrain with roller-rocker shafts also enables an intake- and exhaust-port layout that optimizes airflow.

**Provides extreme durability.** The engine block features reliable cast-iron construction with 4-bolt main bearing caps, including 2 additional cross bolts.

**Stays cool under pressure.** The underside of the cast-aluminum pistons are sprayed by oil from the piston-cooling jets to keep them cool under extreme operating conditions.

**Combines with 20" wheels on 4x4s.** F-250/F-350 LARIAT, KING RANCH and PLATINUM 4x4 SRW models can be equipped with the 6.2L and 20" wheels.[3]

**Runs on alternative fuels with ease.** In addition to their standard E85 capability, 6.2L F-250/F-350 models can be upfit to run on your choice of compressed natural gas (CNG)[3] or liquefied petroleum gas (LPG).[3] See your dealer for ordering details. Purchasing a Super Duty upfit to run on either of these clean-burning fuels may help you qualify for state incentives related to alternative-fuel use, infrastructure or vehicles. Go to www.afdc.energy.gov/afdc/laws for more details.



Best-in-Class Gas
**405 lb.-ft. of torque**[1]

Best-in-Class Gas
**385 horsepower**[1]

Engine speed (rpm)
Certified to SAE J1349.



F-250 XLT SuperCab. Vermillion Red. Available equipment.

[1]405 lb.-ft. of torque and 385 hp, 10,000 lbs. GVWR and under. 397 lb.-ft. of torque and 316 hp, 10,001 lbs. GVWR and over.
[2]Based on Ford drive-cycle tests of comparably equipped 2011/2012 Ford and 2011/2012 competitive models. [3]Available feature.







## KEEPS YOU CONNECTED.

**SYNC. Say the word.**

No more searching for your phone. No device on your ear. Once paired, voice-activated Ford SYNC®[1,2] recognizes your phone and downloads your contacts to support voice calling. It also plays music from your phone, MP3, USB or iPod.® Just touch a button on the steering wheel and say things like "Call: Kevin," or "Play playlist: Country." SYNC also offers 911 Assist® and helpful Vehicle Health Reports. Available on XL and XLT, SYNC AppLink™[3] lets smartphone users control Pandora,® iHeartRadio,® Stitcher Smart Radio™ and select other apps by voice too. Personalize your SYNC experience at ford.com/sync.

**Increase your productivity.**

Engaging, easy-to-use menus on the LCD productivity screen[1] (located in the gauge cluster) help you track fuel usage, explore unique truck applications including the class-exclusive off-road display, and even make towing decisions. With class-exclusive MyKey,® you can also use this screen to limit your truck's top speed and set smart reminders for different drivers. Steering wheel-mounted controls put it all comfortably within reach.

XLT 4x4. Adobe interior. XLT Premium Package. Available equipment.

[1]Available feature. [2]Driving while distracted can result in loss of vehicle control. Only use mobile phones and other devices, even with voice commands, when it is safe to do so. Not all features are compatible with all phones. [3]SYNC AppLink is available on select models and compatible with select smartphone platforms. Commands may vary by phone and AppLink software. Not available with MyFord Touch.®

2013 **SUPER DUTY®**
ford.com





# PERSONALIZES YOUR CONTROL.

For ultimate authority over your phone, entertainment, navigation[1] and climate, the 2013 Super Duty® introduces voice-activated SYNC® with MyFord Touch.®[1,2] This system includes an 8" LCD touch screen, the LCD productivity screen in the gauge cluster, a 110-volt power outlet on the instrument panel, a closable media hub, and with an activated SYNC Services[1,3] account you get business searches, turn-by-turn driving directions, local movie times and more. Operate the system with simple voice commands, by touching the 8" screen, or by using the knobs and buttons just below the screen.

A 12-volt powerpoint inside the media hub conveniently recharges your phone or other electronics while you store them out of sight. Creating a Wi-Fi® hotspot for your passengers is as easy as connecting a smartphone or plugging a mobile broadband modem into one of the dual USB ports.[4] When in Park, you can even connect a game console or camcorder to the MyFord Touch media hub.

The system recognizes literally thousands of voice commands – everything from "Listen to text message" to "5-Day weather forecast."[1] So you can keep both hands on the wheel and your eyes on the road.

LARIAT 4x4. Charcoal Black interior.

[1]Available feature. [2]Driving while distracted can result in loss of vehicle control. Only use SYNC/MyFord Touch/other devices, even with voice commands, when it is safe to do so. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. [3]SYNC Services varies by trim level and model year and may require a subscription. Traffic alerts and turn-by-turn directions available in select markets. Message and data rates may apply. [4]Requires in-vehicle USB mobile broadband connection, PAN-supported mobile device or proximity to an outside wireless hotspot.



Best-in-Class Max. Towing

# 18,500 LBS.
Conventional

# 24,700 LBS.
5th-Wheel

# MASTERS THE HEAVIEST LOADS.

Super Duty® reigns supreme with the best maximum conventional and 5th-wheel towing capabilities in its class,[1] plus exclusive features and available systems like trailer sway control to help give you ultimate towing confidence. When you're negotiating an incline in Drive or in Reverse, standard hill start assist helps prevent the truck from rolling downhill by momentarily maintaining brake pressure until the engine delivers enough torque to move it uphill. With the diesel powertrain, integrated engine-exhaust braking helps improve your grade descent control with less wear and tear on the brakes and transmission. It's the kind of functionality you'll really appreciate when you're hauling a heavy load or towing a trailer, and especially when you're descending steep grades.



**Helps you keep it in line.** Our standard trailer sway control[2] uses a yaw motion sensor to monitor the motions of your truck and detect trailer sway. It can automatically react when sway is detected by selectively braking to help you maintain control of both the truck and the trailer. Super Duty is the only truck in its class with this system standard on both SRW and DRW models.

F-350 XLT Crew Cab DRW 4x4. Ingot Silver. F-450 LARIAT Crew Cab DRW 4x4. Tuxedo Black. Available equipment.

[1] When properly equipped. [2] Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions.

2013 **SUPER DUTY®**
ford.com





# HITS THE GROUND TOWING.

Your new Super Duty® can be ready for heavy-duty towing the moment you take delivery. Our factory-installed 5th-Wheel/Gooseneck Trailer Tow Prep Package[1] works with factory-installed Ford Custom Accessory 5th-Wheel and Gooseneck Hitch Kits[2] by Reese® (Gooseneck shown) to get you towing in no time. Plus, our equipment gives you the strength of an under-the-bed-frame crossmember (shown) and the utility of a flat cargo bed floor. PowerScope® trailer tow mirrors[1] (shown) and our SelectShift Automatic® transmission with its progressive range select and full manual modes are just a few of the invaluable towing tools you'll only find on Super Duty.







**Prompts to check your setup.** The LCD productivity screen[1] offers you a pre-towing checklist. It can also store settings and information on different trailers that you tow.

**Helps you line it up.** With the rear view camera,[1] you just shift into Reverse and a full-color image of what's behind the truck is displayed in your rearview mirror or on the 8" MyFord Touch®[1] screen (shown).

**Makes connecting easy.** Plug in your trailer wiring while standing upright with our class-exclusive in-bed 7-pin connector, part of the 5th-Wheel/Gooseneck Trailer Tow Prep Package.[1]

F-450 KING RANCH® Crew Cab. KING RANCH Chrome Package. Ruby Red/Pale Adobe two-tone. Available equipment.

[1] Available feature. [2] 5th-Wheel Hitch available with 8' box only. See your Ford Dealer for complete details.

2013 **SUPER DUTY**®
ford.com





Best-in-Class Max. Payload
## 7,260 LBS.

# OUT-HAULS THEM ALL.

Super Duty® fully supports your work ethic with the best maximum payload capability in the class.[1] Plus, it offers all the right tools to make loading, accessing and managing your payload as easy as possible. A torsion spring in the standard tailgate assist feature minimizes the effort required to open and close the tailgate. With our class-exclusive tailgate step[2] (shown), you just open the tailgate, drop down the skid-resistant step and grab the flip-up bar for easy access to the bed. Plus, our AdvanceTrac with class-exclusive RSC (Roll Stability Control)[3] offers peace of mind you won't find with any other truck in the class. Smart features make a big difference when you're working hard all day, every day, just like Super Duty.





**Shields your investment.** Go for the Tough Bed® factory-installed spray-in bedliner,[2] and an industrial-grade synthetic lining will be applied with a precision high-pressure automated sprayer to help ensure a smooth, even and durable coat.

**Masters challenging moments.** Our AdvanceTrac® with class-exclusive RSC® (Roll Stability Control™) is the only electronic stability control system in the class that utilizes 2 gyroscopic sensors to help keep all 4 wheels firmly planted.[3] It automatically helps avoid skidding and fishtailing, and is particularly beneficial in inclement weather.

F-250 XL Regular Cab 4x2. Oxford White. Available equipment.

[1]When properly equipped. F-350 DRW Regular Cab 4x2. [2]Available feature. [3]SRW models only. Engine-only traction control on DRW models. Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions.

2013 **SUPER DUTY®**
ford.com





# CONQUERS THE TOUGHEST TERRAIN.

Soon you'll be conquering it too. Our class-exclusive Hill Descent Control,™1 included in the FX4 Off-Road Package, helps Super Duty® increase your off-road confidence by maintaining the truck's speed on steep declines, so you can concentrate on maneuvering. Transfer case and fuel tank skid plates, Rancho® shocks, and box-side decals are also included in the FX4 Off-Road Package. A durable coil-spring front suspension is part of the heavy-duty, independent Twin-I-Beam setup on 4x2s and a rugged twin-coil monobeam setup on 4x4s. XL and XLT 4x4s feature a solid front axle and manual locking hubs for excellent articulation and reliability. LARIAT, KING RANCH® and PLATINUM 4x4s include electronic shift-on-the-fly operation, giving you the ability to change your drive setting with the convenient turn of a dial on the instrument panel. To help maximize gripping power, our electronic-locking rear differential² uses a true mechanical dog-clutch mechanism to lock the rear axle shafts together so they turn at the same speed.





**Tracks the action.** You can monitor pitch angle, bank angle and wheel direction with our class-exclusive off-road display in the LCD productivity screen.²

**Stops more confidently — new larger brakes.** The 2013 Super Duty features a 16% increase in the rotor swept area up front and a 15% increase in the rear, helping to provide a more confident brake feel than on previous models.

F-250 XLT SuperCab 4x4. Blue Jeans. Available equipment.

¹SRW models only. ²Available feature.

2013 **SUPER DUTY**®
ford.com





# PLATINUM
# CELEBRATES YOUR SUCCESS.

Inside and out, the new Super Duty® PLATINUM clearly conveys your hardworking ethics and platinum level of success. Premium leather-trimmed seats in your choice of Pecan or Charcoal Black feature a tuxedo stripe design and exclusive "PLATINUM" embroidery. Genuine walnut swirl wood accents the heated steering wheel. Voice-activated SYNC® with MyFord Touch,® an Audio System from Sony,® a Navigation System with HD Radio™ Technology, PowerScope® trailer tow mirrors and a rear view camera are all standard equipment. Outside, unique 20" cast-aluminum wheels¹ join the mesh-detailed grille, raised chrome box-side lettering and satin-chrome tailgate appliqué as PLATINUM marks of distinction.





PLATINUM Crew Cab 4x4. Pecan leather trim. Available equipment.

¹SRW models only.

2013 **SUPER DUTY**®
ford.com





# LARIAT
# ADVANCES YOUR POSITION.

Super Duty® LARIAT gets technologically enhanced for 2013 with a new instrument panel featuring voice-activated SYNC® with MyFord Touch.® The system includes an 8" LCD touch screen, the LCD productivity screen in the gauge cluster, a 110-volt power outlet on the instrument panel, a closable media hub, and SYNC Services.[1] A rear view camera, which displays its view on the full-color 8" screen, is also standard on LARIAT this year. Dual-zone electronic automatic temperature control lets you maintain your climate-control independence from your front passenger. Premium leather-trimmed, 10-way power front bucket seats and power-adjustable pedals help drivers of all sizes feel right at home. With its proven underpinnings and up to a best-in-class 24,700-lb.[2] towing capacity, it's got all the toughness you expect in a Super Duty.





F–450 LARIAT Crew Cab DRW 4x4. Chrome Package. White Platinum Tri-coat/Pale Adobe two-tone. Available equipment.

[1]SYNC Services varies by trim level and model year and may require a subscription. Traffic alerts and turn-by-turn directions available in select markets. Message and data rates may apply. [2]When properly equipped.





# XLT
# STANDS OUT ON THE JOB.

Super Duty® XLT definitely commands attention with its bold chrome grille and chrome bumpers. For even more shine, add the XLT Premium Package[1] (shown) with its numerous chrome accents including 6" angular cab steps and 18" chrome-clad aluminum wheels.[2] New for 2013, XLT standards now include the voice-activated Ford SYNC® in-vehicle connectivity system, and power windows with one-touch-up/-down for the driver and front passenger. Every XLT also gets manually telescoping trailer tow mirrors with integrated spotters and heated glass. Inside, you'll find a durable cloth-trimmed 40/20/40 split front seat with lockable under-seat storage in the center section for added versatility.





F-250 XLT SuperCab 4x4. XLT Premium Package. Tuxedo Black. Available equipment.

[1]Available feature. [2]SRW models only.

2013 **SUPER DUTY**®
ford.com





# PROVEN WORKHORSES. LEGENDARY BLOODLINE.

It's an indisputable fact. There are more F-Series trucks on the road with 250,000+ miles than any other brand.[1]
So you can rest assured every Super Duty® is built on a solid foundation — one engineered to get the job done,
even under the most challenging conditions.

## F-450

**BEST MAXIMUM CAPABILITIES**[2]

5th-Wheel Towing: 24,700 lbs.

Conventional Towing: 18,500 lbs.

Payload: 5,880 lbs.

GCWR: 33,000 lbs.

GVWR: 14,000 lbs.

Front GAWR: 6,000 lbs.

**EQUIPMENT CONFIGURATIONS**

Engine: 6.7L Power Stroke® V8 Only

Drivelines: 4x4 ■ Dual Rear Wheel Only

Body: Crew Cab ■ 8' Box Only

Trim Series: XL, XLT, LARIAT, KING RANCH,® PLATINUM

## F-350

**BEST MAXIMUM CAPABILITIES**[2]

5th-Wheel Towing: 23,200 lbs.

Conventional Towing: 18,500 lbs.

Payload: 7,260 lbs.

GCWR: 30,500 lbs.

GVWR: 14,000 lbs.

Front GAWR: 5,250 lbs. (4x2); 6,000 lbs. (4x4)

**EQUIPMENT CONFIGURATIONS**

Engines: 6.2L Gas V8, 6.7L Power Stroke V8

Drivelines: 4x2 or 4x4 ■ Single Rear Wheel or Dual Rear Wheel

Bodies: Regular Cab, SuperCab, Crew Cab ■ 6¾' or 8' Box

Trim Series: XL, XLT, LARIAT, KING RANCH, PLATINUM

## F-250

**BEST MAXIMUM CAPABILITIES**[2]

5th-Wheel Towing: 16,800 lbs.

Conventional Towing: 14,000 lbs.

Payload: 4,240 lbs.

GCWR: 23,500 lbs.

GVWR: 10,000 lbs.

Front GAWR: 5,250 lbs. (4x2); 6,000 lbs. (4x4)

**EQUIPMENT CONFIGURATIONS**

Engines: 6.2L Gas V8, 6.7L Power Stroke V8

Drivelines: 4x2 or 4x4 ■ Single Rear Wheel Only

Bodies: Regular Cab, SuperCab, Crew Cab ■ 6¾' or 8' Box

Trim Series: XL, XLT, LARIAT, KING RANCH, PLATINUM

F-450 LARIAT Crew Cab 4x4. White Platinum Tri-coat/Pale Adobe two-tone. F-350 XLT SuperCab 4x4. Tuxedo Black.
F-250 XL Regular Cab 4x2. Ingot Silver. Available or aftermarket equipment shown on each.

[1]Based on vehicle registration data and latest odometer readings available to R. L. Polk & Co. for 1992 and newer model year full-size pickups
still on the road in the U.S. as of 1/1/12. [2]When properly equipped.

2013 **SUPER DUTY**®
ford.com



# LOTS OF WAYS TO MAKE IT YOURS.








Take comfort in serious safety standards like the driver and right-front-passenger front airbags, front-seat side airbags, and our Safety Canopy® System with its rollover sensor and side-curtain airbags. Add options to help power your electronics, extend your cargo-carrying capabilities, stow your valuables securely out of sight and much more. Build the Super Duty® you want, just the way you want it.

- 6 airbags standard
- Mini-console with front bucket seats[1]
- Flow-through center console[1] with 110-volt power outlet and two 12-volt powerpoints
- Stowable bed extender[1]
- LARIAT Crew Cab with lockable rear under-seat storage[1] and flow-through center console[1]

[1]Available feature.










F-250 XL Crew Cab in Oxford White customized with 5" black step bars, fog lamps, smoked hood and side window deflectors, flat splash guards, commercial-grade tool/cargo box by Delta,®[1] and Ford Commercial Graphics by Original Wraps,™ Inc.[1]

5th-wheel hitch kits (18K, 25K)

All-weather floor mats

Remote start systems

Wheel-well liners

**Bed Products**

Bed extender and tailgate liners

Bed mats and sport liners[1]

Retractable stake pocket tie-downs[1]

Tonneau covers[1]

Cable lock[1]

**Exterior**

Exhaust tip

Molded splash guards

Step bars

Sportz® tents[1]

Trailer towing accessories

Wheel lock kit

Stainless steel wheel covers[1]

**Electronics**

Keyless entry keypad

Remote start and vehicle security systems

Speed control

Warning sensor systems[1]

DVD rear-seat entertainment systems[1]

**Interior**

Cargo organizers and protectors

Ash cup/coin holder

Leather-trimmed interior seating[1]

Protective seat covers[1]

Carpeted floor mats



accessories.ford.com

[1] Ford Licensed Accessory.

# SUPER DUTY® Standard Features

## Mechanical

- 97,500-mile tune-up interval[1] (gas engine)
- Battery saver
- Conventional spare tire/wheel/jack with underframe carrier (crank-down type)
- Engine-only traction control (EOTC) (DRW only)
- Fail-Safe Engine Cooling System (gas engine)
- Fuel tank – 26-gallon capacity (F-250/F-350 137," 142" and 156" WB with diesel engine)
- Fuel tank – 35-gallon capacity (gas engine)
- Fuel tank – 37.5-gallon capacity (F-250/F-350 158" and 172" WB with diesel engine, and F-450)
- Power steering
- Stabilizer bar – Front
- Stabilizer bar – Rear (DRW only)
- Stainless steel exhaust system (major components)
- Stationary elevated idle control (SEIC)[3]
- Steering damper
- Tire Pressure Monitoring System (SRW only; excludes spare)
- Trailer hitch receiver – 12.5K (2") Built Ford Tough® (SRW with gas engine; SRW with diesel engine and 137" and 142" WB)
- Trailer hitch receiver – 14K (2.5") Built Ford Tough (SRW with diesel engine and 156," 158" and 172" WB)
- Trailer hitch receiver – 15K (2.5") Built Ford Tough (DRW with 156" and 158" WB; DRW with gas engine and 172" WB)
- Trailer hitch receiver – 18.5K (2.5") Built Ford Tough (F-350 DRW with diesel engine and 172" WB; F-450)
- Trailer hitch receiver – 2" sleeve reducer (vehicles with 2.5" receiver)

## Interior

- Assist and ride handles
- Coat hooks – 1 (Regular Cab); 2 in rear of cab (SuperCab and Crew Cab)
- Dome light (front and rear with Crew Cab)
- Overhead console with garage door opener storage and sunglasses storage (SuperCab and Crew Cab)
- Powerpoints – 12-volt, 2 on instrument panel
- Windows – Flip-open rear quarter (SuperCab)

## Exterior

- 7-/4-pin trailer tow connector and trailer brake wiring kit (in-cab; no controller)
- Bumpers – Front and rear step
- Cargo box – Cargo tie-down hooks (4 in 6¾' box; 6 in 8' box)
- Cargo box – Integrated lamp with center high-mounted stop lamp
- Cargo box – Partitionable and stackable with stake pockets
- Dual-beam jewel-effect headlamps
- Intelligent 3-blink turn signal
- Roof clearance lamps (DRW)
- Underhood service lamp
- Windshield wipers – Intermittent

## Safety & Security

- AdvanceTrac® with RSC® (Roll Stability Control™) (SRW only)
- Airbags[3] – Driver and right-front-passenger front
- Airbags[3] – Front-seat side
- Airbags[3] – Safety Canopy® System with roll-fold side-curtain airbags
- Belt-Minder® front safety belt reminder
- Brake/shift interlock
- Brakes – 4-wheel power disc with Anti-Lock Brake System (ABS)
- Child-safety-seat top tether anchors (Regular Cab front passenger and all rear-seat positions)
- Fuel pump inertia shutoff switch
- Headlamps-on, key-in-ignition and door ajar alert chimes
- Passenger airbag deactivation switch (Regular Cab, SuperCab)
- Safety belts – Energy-management retractors at front-outboard positions
- Safety belts – Height-adjustable at front-outboard positions
- SecuriLock® Passive Anti-Theft System
- Side-intrusion door beams
- SOS Post-Crash Alert System™
- Spare tire/wheel lock



# XL
Includes all standard features, plus:

## Mechanical

- 6.2L SOHC 2-valve Gas V8 Flex Fuel E85-capable engine (n/a on F-450)
- 6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)
- TorqShift® heavy-duty 6-speed SelectShift Automatic® transmission
- Alternator – 157-amp heavy-duty
- Hill start assist
- Integrated trailer brake controller (DRW)
- Manual 4-Wheel-Drive System with manual locking hubs (4x4 models only)
- Quick-release tailgate with tailgate assist and lock
- Trailer sway control
- 17" argent-painted steel wheels (F-250/F-350)
- 17" polished forged-aluminum wheels (F-450)
- LT245/75R17 all-season BSW tires

## Seating

- 40/20/40 split front seat with armrest, cupholders and storage
- 60/40 split flip-up rear seat (SuperCab only)
- 60/40 split flip-up/fold-down rear bench seat with outboard and center head restraints (Crew Cab only)
- HD vinyl seats
- Lumbar support for driver's seat

## Interior

- AM/FM stereo with digital clock and 2 speakers
- Air conditioning
- Climate controls – Manual
- Door locks – Manual
- Flooring – Black vinyl
- Message center – Multifunction plus trip computer includes odometer, trip odometer, engine oil monitor, engine-hour meter, engine-idle meter (gas engine only), distance to empty, average fuel economy, warning messages, system check, language selection and Ice Blue® Lighting
- Mirror – Manual day/night rearview
- MyKey®
- Steering column – Manual tilt/telescoping
- Steering wheel – Black urethane with 3-button message center controls
- Visors with passenger mirror
- Window – Rear, fixed-glass
- Windows – Manual

## Exterior

- Bumpers – Black-painted with grained top cover
- Cab steps – 6" angular black molded (DRW only)
- Cargo box – Black box top and tailgate moldings
- Door handles – Black
- Glass – Solar-tinted
- Grille – Black
- Mirrors – Manually telescoping trailer tow with 2-way fold and manual glass
- Tow hooks – Black, 2 in front



# XLT
Includes all XL features, plus:

## Mechanical

- Integrated trailer brake controller (SRW)
- 17" 6-spoke cast-aluminum wheels (SRW)

## Seating

- 4-way adjustable driver and right-front-passenger head restraints
- 40/20/40 split front seat with center under-seat lockable storage with 12-volt powerpoint and center armrest with cupholders and storage
- 60/40 split flip-up/fold-down rear bench seat with bag hooks, dual integrated cupholders and tray, outboard head restraints, center head restraint, and lockable under-seat partitioned storage with 12-volt powerpoint (Crew Cab only)
- Cloth seats

## Interior

- AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers and auxiliary audio input jack
- Ford SYNC® voice-activated, in-vehicle connectivity system with SYNC AppLink™
- Accessory delay for power features
- Cruise control
- Door locks – Power
- Flooring – Color-coordinated carpet
- Flooring – Color-coordinated carpeted floor mats
- Steering wheel – Black urethane with secondary audio, cruise and 3-button message center controls
- Visors with covered driver and passenger mirrors
- Windows – Power with front one-touch-down feature

## Exterior

- Anti-theft perimeter alarm
- Bumpers – Chrome with grained top cover
- Glass – Privacy (rear doors and rear window)
- Grille – Chrome
- Mirrors – Manually telescoping trailer tow with 2-way fold, power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators
- Remote Keyless Entry System with 2 integrated keyhead transmitter remotes

[1]Under normal driving conditions with routine fluid and filter changes. [2]Final-stage manufacturer must supply control switches. [3]Always wear your safety belt and follow airbag warning label instructions.

Comparisons based on 2012/2013 competitive models (class is Full-Size Pickups over 8,500 lbs. GVWR), publicly available information and Ford certification data at time of release. Some features discussed may be optional. Vehicles throughout this PDF are shown with optional and aftermarket equipment. Features shown may be offered only in combination with other options or subject to additional ordering requirements or limitations. Dimensions and capacity ratings shown may vary due to optional features and/or production variability. Following release of the PDF, changes in standard equipment, options and the like, or product delays may have occurred which would not be included in these pages. Your Ford Dealer is the best source for up-to-date information. Ford Division reserves the right to change product specifications at any time without incurring obligations. Body manufacturers are responsible for compliance certification of the completed vehicle. The Ford New Vehicle Limited Warranty and any government certification made by Ford shall cover only the vehicle as manufactured by Ford and shall not extend to any addition, modification or change of or to the vehicle by the Ford Authorized Pool Account.



**SUPER DUTY** Standard Features







# LARIAT
Includes all XLT features, plus:

**Mechanical**

Alternator – 200-amp extra-heavy-duty

Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)

17" polished forged-aluminum wheels (F-350 DRW)

18" bright-machined cast-aluminum wheels (SRW)

LT275/65R18 all-season BSW tires (SRW)

**Seating**

40/console/40 front bucket seats and flow-through center console with lockable storage, two 12-volt powerpoints and a 110-volt power outlet

10-way power driver and front-passenger seats

Leather-trimmed seats

**Interior**

Premium Sound System includes AM/FM stereo/single-CD player with MP3 capability, digital clock and 8 speakers with subwoofer (SuperCab only)

Premium Audio System from Sony® includes AM/FM stereo/single-CD player with MP3 capability, digital clock, and 8 speakers with subwoofer (Crew Cab only)

SYNC® with MyFord Touch® includes an 8" color LCD touch screen in center stack; dash-top closable storage with media hub (2 USB ports, SD card reader, audio/video input jacks, and 12-volt powerpoint); and SYNC Services

SiriusXM Satellite Radio with 6-month trial subscription

Dual-zone electronic automatic temperature control

Message center – Driver-configurable enhanced information center with LCD productivity screen includes gauge setup, compass, trip computer, fuel economy and towing/off-road applications, SelectShift controls, Ice Blue® Lighting, halo lighting and daytime illumination

Mirror – Auto-dimming rearview

Power-adjustable pedals

Power outlet – 110-volt on instrument panel

Rear view camera

Steering wheel – Color-coordinated leather-wrapped with secondary audio, cruise and 5-button message center controls

Visors with illuminated driver and passenger mirrors

Window – Rear, power-sliding with privacy glass and defroster

Woodgrain-style instrument panel accents

**Exterior**

Autolamp automatic on/off headlamps with rainlamp feature

Cab steps – 5" chrome tubular (DRW)

Door handles – Body-color

Fog lamps

Mirrors – PowerScope® power-telescoping/-folding trailer tow with power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators

Reverse Sensing System

SecuriCode™ keyless entry keypad

# KING RANCH®
Includes all LARIAT features, plus:

**Seating**

Chaparral leather-trimmed seats with "KING RANCH" seat back logo

Easy entry/exit driver's seat memory feature

Heated/cooled driver and front-passenger seats

**Interior**

Navigation System with HD Radio™ Technology

Flooring – Color-coordinated carpeted floor mats with King Ranch logo

Memory Group includes memory feature for power trailer tow mirrors, 10-way power driver's seat, and adjustable pedals

Remote Start System

Steering wheel – Chaparral leather-wrapped with secondary audio and 5-button message center controls

Unique woodgrain-style instrument panel accents

Universal garage door opener

**Exterior**

Accent-color wheel-lip moldings (SRW)

Body-color bodyside moldings (SRW)

Bumpers – Accent-color monochromatic

Cab steps – Illuminated accent-color platform

Cargo box – Accent-color box top and tailgate moldings

Grille – Body-color surround with chrome insert

Mirrors – PowerScope power-telescoping/-folding trailer tow with memory, power/heated glass, heated manual spotter mirrors, integrated clearance lamps and turn signal indicators with body-color mirror caps

Two-tone lower-accent paint

# PLATINUM
Includes all LARIAT features, plus:

**Mechanical**

20" 7-spoke cast-aluminum wheels with black-painted pockets (SRW)

LT275/65R20 all-terrain OWL tires (SRW)

**Seating**

Premium leather-trimmed seats with tuxedo stripe design and "PLATINUM" seat back embroidery

Easy entry/exit driver's seat memory feature

Heated/cooled driver and front-passenger seats

**Interior**

Navigation System with HD Radio Technology

Memory Group includes memory feature for power trailer tow mirrors, 10-way power driver's seat, and adjustable pedals

Remote Start System

Steering wheel – Heated, premium leather-wrapped with genuine walnut swirl wood accent, and secondary audio, cruise and 5-button message center controls

Unique woodgrain-style instrument panel accents

Universal garage door opener

**Exterior**

Body-color bodyside moldings (SRW)

Bumpers – Body-color

Cab steps – 6" chrome angular

Cargo box – Chrome cargo tie-down hooks

Chrome exhaust tip

Door handles – Chrome with body-color bezels

Grille – Satin-chrome surround with bright chrome bars

Mirrors – PowerScope power-telescoping/-folding trailer tow with memory, power/heated glass, heated manual spotter mirrors, integrated clearance lamps and turn signal indicators with chrome mirror caps

Raised chrome "PLATINUM" box-side lettering

Satin-chrome tailgate appliqué

Tailgate step

Tow hooks – Chrome, 2 in front

Master Lock is a registered trademark of Master Lock Company LLC. King Ranch is a registered trademark of King Ranch, Inc. Microsoft is a registered trademark of Microsoft Corporation. iPod is a registered trademark of Apple Inc. All rights reserved. PANDORA, the PANDORA logo, and the Pandora trade dress are trademarks or registered trademarks of Pandora Media, Inc. Used with permission. iHeartRadio is a registered trademark of Clear Channel Broadcasting, Inc. Stitcher Smart Radio is a registered trademark of Stitcher, Inc. Wi-Fi® is a registered trademark of the Wi-Fi Alliance® SiriusXM Satellite Radio, Traffic and Travel Link subscriptions sold separately or as a package after trial expires. SiriusXM Traffic and Travel Link service available in select markets. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. Sirius satellite service available in the 48 contiguous United States, DC, and PR. Sirius, XM and all related marks and logos are trademarks of Sirius XM Radio Inc. Rancho is a registered trademark of Tenneco Automotive Operating Company Inc. Sony is a registered trademark of the Sony Corporation. HD Radio is a proprietary trademark of iBiquity Digital Corp.



2013 **SUPER DUTY**®
ford.com



Case 2:22-cv-12079-BRM-DRG   ECF No. 1-4, PageID.87   Filed 09/02/22   Page 21 of 30



# XL

**Mechanical**

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternator – Single, 200-amp extra-heavy-duty

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Integrated trailer brake controller (standard on F-350 DRW/F-450)

Operator-commanded exhaust filter regeneration (diesel engine only)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW only; standard on F-450)

17" 6-spoke cast-aluminum wheels – 4 (F-250/F-350 SRW)

17" polished forged-aluminum wheels – 4 (F-350 DRW)

18" argent-painted steel wheels – 4 (F-350 SRW)

Stainless steel wheel covers (requires 17" argent-painted steel DRW wheels)[2]

LT245/75R17 all-terrain BSW tires – 5

LT265/70R17 all-terrain OWL tires – 4 (F-250/F-350 SRW)

LT275/65R18 all-season BSW tires – 5 (F-350 SRW)

LT275/70R18 all-terrain BSW tires – 4 (F-350 SRW 4x4)

**Seating**

40/20/40 split cloth front seat with armrest, cupholders and storage

40/mini-console/40 front bucket seats (HD vinyl or cloth)

**Interior**

AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers and auxiliary audio input jack (F-450 only)

Ford SYNC® voice-activated, in-vehicle connectivity system with SYNC AppLink™ (requires XL Value Package and steering wheel-mounted audio controls)

Rapid-heat supplemental cab heater (requires diesel engine and alternator upgrade)

Remote Start System (requires Power Equipment Group)

Steering wheel-mounted audio controls (requires SYNC)

Upfitter switches located on instrument panel (4)

**Exterior**

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Cab steps – 6" angular black molded (restrictions apply)

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Pickup box delete (F-250/F-350 only; requires 8' box; n/a with 20" wheels or FX4 Off-Road Package)

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Tailgate step includes step, tailgate assist and grab bar

Wheel-well liners (SRW only)

**Packages**

**XL Value Package** includes AM/FM stereo/single-CD player with MP3 capability, digital clock, 4 speakers, cruise control, 17" argent-painted steel wheels with bright center caps (SRW only), and chrome bumpers

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Power Equipment Group** includes power door locks and front windows (plus rear on Crew Cab) with front one-touch-down feature; manually telescoping trailer tow mirrors with 2-way fold, power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators; accessory delay; Remote Keyless Entry System with 2 integrated keyhead transmitter remotes; and anti-theft perimeter alarm

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details.
[2]Ford Licensed Accessory. See your dealer for limited warranty details.



Case 2:22-cv-12079-BRM-DRG   ECF No. 1-4, PageID.88   Filed 09/02/22   Page 22 of 30



# XLT

## Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

Electronic shift-on-the-fly (ESOF) 4-Wheel-Drive System with auto/manual locking hubs (4x4 models only)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternator – Single, 200-amp extra-heavy-duty

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Operator-commanded exhaust filter regeneration (diesel engine only)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

17" polished forged-aluminum wheels – 4 (F-350 DRW)

18" cast-aluminum wheels – 4 (F-250/F-350 SRW)

Stainless steel wheel covers (requires 17" argent-painted steel DRW wheels)[2]

LT245/75R17 all-terrain BSW tires – 5 (F-350 DRW/F-450)

LT245/75R17 all-terrain OWL tires – 4 (F-350 DRW/F-450)

LT265/70R17 all-terrain OWL tires – 4 (F-250/F-350 SRW)

LT275/65R18 all-season BSW tires – 5 (F-250/F-350 SRW)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

## Seating

40/console/40 front bucket seats with 6-way power driver's seat and flow-through center console with lockable storage, two 12-volt powerpoints and a 110-volt power outlet (SuperCab and Crew Cab only)

## Interior

SiriusXM Satellite Radio with 6-month trial subscription

Flooring – Black all-weather floor mats (deletes carpeted floor mats)

Rapid-heat supplemental cab heater (requires diesel engine and alternator upgrade)

Rear view camera (requires XLT Interior Package or XLT Premium Package)

Remote Start System

Upfitter switches located on instrument panel (4)

Window – Rear, manual-sliding with privacy glass (Regular Cab only)

Window – Rear, power-sliding with privacy glass and defrost (SuperCab and Crew Cab only)

## Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Body-color bodyside moldings (SRW SuperCab and Crew Cab only)

Cab steps – 6" angular black molded (standard on DRW)

Cab steps – 5" chrome tubular (SuperCab and Crew Cab only)

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Mirrors – PowerScope® power-telescoping/-folding trailer tow with power/heated glass, heated manual spotter mirrors, and integrated clearance lamps and turn signal indicators

Pickup box delete (F-250/F-350 only; requires 8' box; n/a with 20" wheels or FX4 Off-Road Package)

Reverse Sensing System (n/a with pickup box delete)

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Wheel-well liners (SRW only)

## Packages

**XLT Interior Package** includes 6-way power driver's seat, power-adjustable pedals, autolamp/rainlamp, autolock/unlock and SecuriCode™ keyless entry keypad

**XLT Value Package** includes 6-way power driver's seat, power-adjustable pedals, autolamp/rainlamp, autolock/unlock, SecuriCode keyless entry keypad, Reverse Sensing System and fog lamps

**XLT Premium Package**[3] includes XLT Interior Package, chrome exhaust tip, chrome tow hooks, unique chrome mirror caps, chrome cargo tie-down hooks, 6" chrome angular cab steps, 18" chrome-clad aluminum wheels with LT275/65R18 all-season BSW tires (on SRW only), LCD productivity screen, auto-dimming rearview mirror, compass, fog lamps and steering wheel-mounted audio controls (requires PowerScope mirrors; SuperCab and Crew Cab only)

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

---

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details.
[2]Ford Licensed Accessory. See your dealer for limited warranty details. [3]Late availability.



**SUPER DUTY**® Optional Features



# LARIAT

## Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

20" premium cast-aluminum wheels – 4 (F-250/F-350 SRW 4x4 only)

20" chrome-clad aluminum wheels – 4 (requires Chrome Package; F-250/F-350 SRW 4x4 diesel engine only)

LT245/75R17 all-terrain BSW tires – 5 (F-350 DRW/F-450)

LT245/75R17 all-terrain OWL tires – 4 (F-350 DRW/F-450)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT275/65R20 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

## Seating

40/20/40 leather-trimmed split front seats, center under-seat lockable storage with 12-volt powerpoint, and center armrest with cupholders and storage

Heated rear outboard seats (requires LARIAT Interior or LARIAT Ultimate Package; Crew Cab only)

## Interior

Navigation System with Premium Sound System includes HD Radio™ Technology, AM/FM stereo/single-CD player with MP3 capability, USB port, in-dash touch screen, voice-activated controls, SiriusXM Traffic and Travel Link capability, digital clock and 8 speakers with subwoofer

Flooring – Black all-weather floor mats (deletes carpeted floor mats)

Rapid-heat supplemental cab heater (requires diesel engine)

Remote Start System

Universal garage door opener

Upfitter switches located on instrument panel (4)

## Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Body-color bodyside moldings (SRW only)

Cab steps – 5" chrome tubular (standard on DRW)

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Power-sliding moonroof (Crew Cab only)

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Two-tone lower-accent paint (includes accent-color wheel-lip moldings on SRW)

Wheel-well liners (SRW only)

## Packages

**LARIAT Interior Package** includes easy entry/exit memory, power, heated/cooled driver's seat; power, heated/cooled front-passenger seat; memory, power trailer tow mirrors; memory, power-adjustable pedals; and Remote Start System

**LARIAT Ultimate Package** includes easy entry/exit memory, power, heated/cooled driver's seat; power, heated/cooled front-passenger seat; memory, power trailer tow mirrors; memory, power-adjustable pedals; power moonroof; Navigation System; tailgate step; and Remote Start System (Crew Cab only; restrictions apply)

**Chrome Package** includes chrome exhaust tip, chrome tow hooks, unique chrome mirror caps, chrome cargo tie-down hooks, 6" chrome angular cab steps and 18" chrome-clad aluminum wheels with LT275/65R18 all-season BSW tires (on SRW only)

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details.
[2]Ford Licensed Accessory. See your dealer for limited warranty details.



**SUPER DUTY** | Optional Features



# KING RANCH®

## Mechanical

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

20" premium painted cast-aluminum wheels – 4 (F-250/F-350 SRW 4x4 only)

20" chrome-clad aluminum wheels – 4 (requires Chrome Package; F-250/F-350 SRW 4x4 diesel engine only; SuperCab and Crew Cab only)

LT275/70R18 all-terrain BSW tires – 4 (F-250/F-350 SRW 4x4)

LT275/70R18 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT275/65R20 all-terrain OWL tires – 4 (F-250/F-350 SRW 4x4)

LT245/75R17 all-terrain BSW tires – 5 (DRW)

LT245/75R17 all-terrain OWL tires – 4 (DRW)

## Seating

Heated rear outboard seats

## Interior

Rapid-heat supplemental cab heater (requires diesel engine)

Upfitter switches located on instrument panel (4)

## Exterior

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Power-sliding moonroof

Roof clearance lamps (standard on DRW)

Skid plates – Transfer case and fuel tank (4x4 only)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Tailgate step includes step, tailgate assist and grab bar

Wheel-well liners (SRW only)

## Packages

**KING RANCH with Chrome Package** includes chrome exhaust tip, chrome tow hooks, unique chrome mirror caps, chrome cargo tie-down hooks, 6" chrome angular cab steps, and 18" chrome-clad aluminum wheels with LT275/65R18 all-season BSW tires (on SRW only)

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

[1] Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details.
[2] Ford Licensed Accessory. See your dealer for limited warranty details.





# PLATINUM

**Mechanical**

6.7L Power Stroke® V8 Turbo Diesel B20-capable engine (standard on F-450)

5th-wheel hitch kit (requires 8' box; includes 18K hitch on SRW or 25K hitch on DRW)[1]

Gooseneck hitch kit[1]

Alternators – Dual, 357-amp total (diesel engine only)

Engine block heater (standard in 15 cold-weather states)

Power take-off (PTO) provision allows transmission-mounted live-drive and stationary modes (diesel engine only)

Rear axle – Electronic-locking (F-250/F-350 SRW only)

Rear axle – Limited-slip (F-350 DRW; standard on F-450)

LT245/75R17 all-terrain BSW tires – 5 (DRW)

LT245/75R17 all-terrain OWL tires – 4 (DRW)

**Seating**

Heated rear outboard seats

**Interior**

Rapid-heat supplemental cab heater (requires diesel engine)

Upfitter switches located on instrument panel (4)

**Exterior**

Bed mat (restrictions apply)

Bedliner – Plastic drop-in

Bedliner – Tough Bed® spray-in includes tailgate guard and black bed bolts

Cable Lock by Master Lock®[2]

Crew Chief™ powered by Telogis®[2] – Fleet tracking system (includes 1 year of Crew Chief service)

Exterior backup alarm[2]

Power-sliding moonroof

Roof clearance lamps (standard on DRW)

Soft roll-up tonneau cover[2]

Splash guards (front and rear on SRW; rear only on DRW)

Stowable bed extender (F-250/F-350 SRW only)

Wheel-well liners (SRW only)

**Packages**

**5th-Wheel/Gooseneck Trailer Tow Prep Package** includes 1 under-bed-frame crossmember, 5 pickup bed 5th-wheel/gooseneck attachment points and close-out plugs, and an integrated 7-pin connector on the driver's side pickup bed wall (n/a with stowable bed extender)

**9,900-lb. GVWR Package** (F-250)

**10,000-lb. GVWR Package** (F-350 SRW)

**Camper Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment), rear stabilizer bar (SRW), slide-in-camper certification and auxiliary rear springs on F-250 (DRW only on PLATINUM; restrictions apply)

**CNG/LPG Gaseous Engine Prep Package** includes hardened engine intake valves and valve seats and bi-fuel manifold (F-250/F-350 with gas engine only)

**FX4 Off-Road Package** includes transfer case and fuel tank skid plates, Hill Descent Control™ (SRW only), Rancho® shocks and FX4 Off-Road box decals (restrictions apply)

**Heavy-Service Front Suspension Package** includes front springs upgrade (unless maximum springs have been computer-selected as included equipment; restrictions apply)

**Snow Plow Prep Package** includes computer-selected springs for snow plow application and extra-heavy-duty alternator with diesel engine only (4x4 only; restrictions apply)

---

[1]Requires 5th-Wheel/Gooseneck Trailer Tow Prep Package. See your dealer for details.
[2]Ford Licensed Accessory. See your dealer for limited warranty details.

2013 **SUPER DUTY**®
ford.com



**SUPER DUTY** | Wheels | Cabs | Seating

## XL/XLT



**Argent-Painted Steel**
17" Standard on F-250/F-350 SRW XL
18" Optional on F-350 SRW XL



**17" 6-Spoke Cast-Aluminum**
Optional on F-250/F-350 SRW XL
Standard on F-250/F-350 SRW XLT



**17" Argent-Painted Steel
w/Bright Center Cap**
Included on F-250/F-350 SRW XL
w/XL Value Package



**18" Chrome-Clad Aluminum**
Included on F-250/F-350 SRW XLT
w/XLT Premium Package



**17" Argent-Painted Steel (DRW)**
Standard on F-350 DRW XL & XLT



**18" Cast-Aluminum**
Optional on F-250/F-350 SRW XLT



**17" Argent-Painted Steel
w/Stainless Steel Cover**
Optional on F-350 DRW XL & XLT



**17" Polished Forged-Aluminum (DRW)**
Standard on F-450 DRW XL & XLT
Optional on F-350 DRW XL & XLT

## LARIAT



**17" Polished
Forged-Aluminum (DRW)**
Standard on F-350 DRW/F-450



**18" Bright-Machined
Cast-Aluminum**
Standard on F-250/F-350 SRW



**18" Chrome-Clad Aluminum**
Included on F-250/F-350 SRW
w/Chrome Package



**20" Premium Cast-Aluminum**
Optional on F-250/F-350 SRW



**20" Chrome-Clad Aluminum**
Optional on F-250/F-350 SRW 4x4
w/Chrome Package

## KING RANCH®



**17" Polished
Forged-Aluminum (DRW)**
Standard on F-350 DRW/F-450



**18" Bright-Machined
Cast-Aluminum**
Standard on F-250/F-350 SRW



**18" Chrome-Clad Aluminum**
Included on F-250/F-350 SRW
w/Chrome Package



**20" Premium Painted
Cast-Aluminum**
Optional on F-250/F-350 SRW



**20" Chrome-Clad Aluminum**
Optional on F-250/F-350 SRW 4x4
w/Chrome Package

## PLATINUM



**17" Polished
Forged-Aluminum (DRW)**
Standard on F-350 DRW/F-450



**20" 7-Spoke Cast-Aluminum
with Black-Painted Pockets**
Standard on F-250/F-350 SRW

| | Regular Cab | SuperCab | Crew Cab | 6¾' Box Size | 8' Box Size | 40/20/40 split front seat | 40/mini-console/40 front bucket seats | 40/console/40 front bucket seats |
|---|---|---|---|---|---|---|---|---|
| XL | ○ | | ○ | ○ | ○ | | | |
| XLT | ○ | ○ | ○ | ○ | ○ | ● | | ○ |
| LARIAT | | ○ | ● | ○ | ○ | ○ | | ● |
| KING RANCH | | | ● | ○ | ○ | | | ● |
| PLATINUM | | | ● | ○ | ○ | | | ● |

● Standard   ○ Optional

BUILT **Ford** TOUGH

# SUPER DUTY® Color and Trim

## XL/XLT

## LARIAT/KING RANCH®/PLATINUM





Steel HD Vinyl
Standard on XL

Steel Cloth

Adobe Cloth

Adobe Leather
Standard on LARIAT

Charcoal Black Leather
Standard on LARIAT

Chaparral Leather with Adobe Environment
Standard on KING RANCH

Chaparral Leather with Black Environment
Standard on KING RANCH

Pecan Leather
Standard on PLATINUM

Charcoal Black Leather
Standard on PLATINUM

| Exteriors | | Interiors | |
|---|---|---|---|
| | | XL | XLT |
| A Oxford White | | 1, 2 | 2, 3 |
| B Ingot Silver Metallic | | 1, 2 | 2 |
| C Sterling Gray Metallic | | 1, 2 | 2 |
| D Pale Adobe Metallic (XLT only) | | | 2, 3 |
| E Vermillion Red | | 1, 2 | 2, 3 |
| F Ruby Red Metallic Tinted Clearcoat[1,2] (XLT only) | | | 3 |
| G Autumn Red Metallic[3] (XLT only) | | | 3 |
| H Kodiak Brown Metallic[2] (XLT only) | | | 3 |
| I Blue Jeans Metallic[2] | | 1, 2 | 2, 3 |
| J Green Gem Metallic | | 1, 2 | 2, 3 |
| K Tuxedo Black Metallic | | 1, 2 | 2, 3 |

[1]Additional charge. Late availability. [2]New for 2013. [3]Limited availability.
Colors are representative only. See your dealer for actual paint/trim options.

| Exteriors | Two-Tone | | Interiors | |
|---|---|---|---|---|
| | | LARIAT | KING RANCH | PLATINUM |
| A White Platinum Metallic Tri-coat[1] | ▪ | 1, 2 | 3, 4 | 5, 6 |
| B Oxford White | ▪ ▪ | 1, 2 | 3, 4 | |
| C Ingot Silver Metallic | ▪ | 2 | | 6 |
| D Sterling Gray Metallic | | 2 | | |
| E Pale Adobe Metallic | | 1, 2 | | |
| F Vermillion Red | | 1, 2 | | |
| G Ruby Red Metallic Tinted Clearcoat[1,2,3] | ▪ | 1, 2 | 3, 4 | 6 |
| H Autumn Red Metallic[4] | ▪ | 1, 2 | 3, 4 | |
| I Kodiak Brown Metallic[2] | ▪ | 1, 2 | 3, 4 | 5, 6 |
| J Blue Jeans Metallic[2] | ▪ ▪ | 1, 2 | 3, 4 | |
| K Green Gem Metallic | ▪ ▪ | 1, 2 | 3, 4 | |
| L Tuxedo Black Metallic | ▪ | 1, 2 | 3, 4 | 5, 6 |

▪ Pale Adobe Two-Tone Accent exterior standard on KING RANCH, optional on LARIAT; not available on PLATINUM.
▪ Sterling Gray Two-Tone Accent exterior optional on LARIAT with Charcoal Black Leather interior only; not available on KING RANCH or PLATINUM.

[1]Additional charge. [2]New for 2013. [3]Late availability. [4]Limited availability.
Colors are representative only. See your dealer for actual paint/trim options.



# TECHNICAL SPECIFICATIONS

## DIMENSIONS

| Exterior | Regular Cab LWB 4x2/4x4 | SuperCab SWB 4x2/4x4 | LWB 4x2/4x4 | Crew Cab SWB 4x2/4x4 | LWB 4x2/4x4 |
|---|---|---|---|---|---|
| A. Height — F-250 SRW (w/o options) | 76.6"/79.2" | 77.0"/79.5" | 76.9"/79.3" | 77.4"/79.7" | 77.3"/79.8" |
| A. Height — F-350 SRW (w/o options) | 76.5"/80.0" | 76.9"/80.4" | 76.7"/80.2" | 77.2"/80.8" | 77.2"/80.8" |
| A. Height — F-350 DRW (w/o options) | 76.7"/79.5" | — | 76.9"/79.7" | — | 77.3"/79.9" |
| A. Height — F-450 DRW (w/o options) | — | — | — | — | 79.7" |
| B. Width — SRW (excl. mirrors) | 79.9" | 79.9" | 79.9" | 79.9" | 79.9" |
| B. Width — DRW (excl. mirrors) | 96.0" | — | 96.0" | — | 96.0" |
| B. Width — With mirrors | 104.9" | 104.9" | 104.9" | 104.9" | 104.9" |
| B. Width — With mirrors extended | 110.0" | 110.0" | 110.0" | 110.0" | 110.0" |
| C. Ground clearance — F-250 SRW | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.1" | 8.5"/8.1" | 8.5"/8.1" |
| C. Ground clearance — F-350 SRW | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" | 8.5"/8.2" |
| C. Ground clearance — F-350 DRW | 8.1"/8.0" | — | 8.1"/8.1" | — | 8.0"/8.0" |
| C. Ground clearance — F-450 DRW | — | — | — | — | 8.0" |
| D. Load floor height — F-250 SRW | 35.2"/36.3" | 34.8"/35.6" | 34.4"/35.4" | 34.2"/35.1" | 34.1"/35.0" |
| D. Load floor height — F-350 SRW | 34.7"/38.5" | 34.4"/37.9" | 34.1"/38.0" | 33.9"/37.8" | 33.8"/37.7" |
| D. Load floor height — F-350 DRW | 35.0"/36.4" | — | 34.3"/35.7" | — | 34.1"/35.6" |
| D. Load floor height — F-450 DRW | — | — | — | — | 35.4" |
| E. Cargo box height | 20.0" | 20.0" | 20.0" | 20.0" | 20.0" |
| F. Length | 227.6" | 232.4" | 248.6" | 246.8" | 263.0" |
| G. Overhang — Rear | 52.4" | 52.4" | 52.4" | 52.4" | 52.4" |
| H. Wheelbase | 137.0" | 141.8" | 158.0" | 156.2" | 172.4" |
| I. Overhang — Front | 38.1" | 38.1" | 38.1" | 38.1" | 38.1" |
| J. Angle of departure — F-250 SRW | 17.5°/19.2° | 17.4°/18.5° | 17.0°/18.3° | 16.9°/18.0° | 16.7°/17.9° |
| J. Angle of departure — F-350 SRW | 17.3°/21.5° | 17.0°/20.9° | 16.6°/21.1° | 16.4°/20.8° | 16.3°/20.8° |
| J. Angle of departure — F-350 DRW | 17.6°/19.3° | — | 16.9°/18.7° | — | 16.7°/18.5° |
| J. Angle of departure — F-450 DRW | — | — | — | — | 18.3° |
| K. Ramp breakover angle — F-250 SRW | 17.5°/20.4° | 16.9°/19.8° | 15.8°/18.1° | 15.7°/18.1° | 15.0°/17.3° |
| K. Ramp breakover angle — F-350 SRW | 17.2°/21.5° | 16.7°/20.9° | 15.6°/19.2° | 15.5°/19.2° | 14.8°/18.2° |
| K. Ramp breakover angle — F-350 DRW | 17.5°/20.4° | — | 15.9°/18.6° | — | 15.0°/17.4° |
| K. Ramp breakover angle — F-450 DRW | — | — | — | — | 17.0° |
| L. Angle of approach — F-250 SRW | 18.0°/19.4° | 18.1°/20.1° | 18.7°/20.0° | 18.7°/20.0° | 18.9°/20.6° |
| L. Angle of approach — F-350 SRW | 18.1°/18.8° | 18.2°/19.5° | 18.8°/19.3° | 18.8°/19.3° | 19.0°/20.0° |
| L. Angle of approach — F-350 DRW | 18.2°/19.2° | — | 19.0°/20.6° | — | 19.1°/20.3° |
| L. Angle of approach — F-450 DRW | — | — | — | — | 19.8° |
| **Interior** | | | | | |
| Front head room | 40.7" | 40.7" | 40.7" | 40.7" | 40.7" |
| Front shoulder room | 68.0" | 68.0" | 68.0" | 68.0" | 68.0" |
| Front hip room | 67.6" | 67.6" | 67.6" | 67.6" | 67.6" |
| Front leg room | 41.1" | 41.1" | 41.1" | 41.1" | 41.1" |
| Rear head room | — | 38.1" | 38.1" | 40.8" | 40.8" |
| Rear shoulder room | — | 68.1" | 68.1" | 68.0" | 68.0" |
| Rear hip room | — | 67.3" | 67.3" | 67.6" | 67.6" |
| Rear leg room | — | 31.6" | 31.6" | 42.1" | 42.1" |
| **Cargo Box** | | | | | |
| Volume (cu. ft.) | 77.3 | 64.1 | 77.3 | 64.1 | 77.3 |
| M. Length at floor | 98.0" | 81.8" | 98.0" | 81.8" | 98.0" |
| N. Width at wheelhouse | 50.9" | 50.9" | 50.9" | 50.9" | 50.9" |
| O. Width at floor (maximum) | 69.3" | 69.3" | 69.3" | 69.3" | 69.3" |

SRW = single rear wheel   DRW = dual rear wheel   SWB = short wheelbase (6¾' cargo box)   LWB = long wheelbase (8' cargo box)



### INTERIOR STORAGE (cu. ft.)

| | |
|---|---|
| Front 40/20/40 split seat center under-seat lockable storage | 0.36 |
| Front flow-through center console main bin | 1.23 |
| Rear Crew Cab 60/40 split bench lockable under-seat storage | 1.17 |

### TRANSMISSION

| Type | 6-speed SelectShift Automatic® | |
|---|---|---|
| Case material | Aluminum | |
| PTO | Live-drive access on driver's side (diesel only) | |
| Gear ratios | 1st | 3.97:1 |
| | 2nd | 2.31:1 |
| | 3rd | 1.51:1 |
| | 4th | 1.14:1 |
| | 5th | 0.85:1 |
| | 6th | 0.67:1 |
| | Reverse | 3.12:1 |

## CONVENTIONAL TOWING — MAXIMUM LOADED TRAILER WEIGHT RATINGS (lbs.)

| Automatic Transmission | | | Regular Cab | | | | | SuperCab | | | | | Crew Cab | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engine | Axle Ratio | GCWR | F-250/ F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-250/ F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-250/ F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-450 DRW 4x4 |
| 6.2L 2-valve FFV | 3.73 | 19,000 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | — | 12,400 | 12,300 | — | 12,500 | — | 12,200 | 12,100 | — | — |
| | | 19,500 | — | 13,100 | — | — | 12,700 | — | 12,700 | — | — | 12,300 | — | 12,500 | — | — | 12,100 | — |
| | 4.30 | 22,000 | 12,500 | — | 12,500 | 12,500 | — | 12,500 | — | 12,500 | 12,500 | — | 12,500 | — | 12,500 | 12,500 | — | — |
| | | 22,500 | — | 15,000 | — | — | 15,000 | — | 15,000 | — | — | 15,000 | — | 15,000 | — | — | 12,500 | — |
| 6.7L V8 Turbo Diesel | 3.31 | 23,500 | 12,500 | — | 12,500 | 12,500 | — | 14,000 | — | 14,000 | 14,000 | — | 14,000 | — | 14,000 | 14,000 | — | — |
| | 3.55 | 23,500 | 12,500 | — | 12,500 | 12,500 | — | 14,000 | — | 14,000 | 14,000 | — | 14,000 | — | 14,000 | 14,000 | — | — |
| | 3.73 | 30,500 | — | 15,000 | — | — | 15,000 | — | 15,000 | — | — | 15,000 | — | 18,500 | — | — | 18,500 | — |
| | 4.30 | 33,000 | | | | | | | | | | | | | | | | 18,500 |



# TECHNICAL SPECIFICATIONS

## POWERTRAINS

| | 6.2L 2-Valve V8 Gas[1] | 6.7L V8 Turbo Diesel |
|---|---|---|
| Configuration | SOHC | OHV (32-valve) |
| Fuel injection | Sequential electronic | High-pressure common-rail |
| Engine control system | Electronic | Electronic |
| Induction system | Specially tuned | Single-sequential turbocharger; charged air cooler |
| Battery | 12-volt; 650-CCA/72-amp-hr | 12-volt; 750-CCA/78-amp-hr |
| Alternator | 157-amp (single 200-amp, optional) | 157-amp (single 200-amp or dual combined 357-amp, optional) |
| Cooling system | Pressurized series flow | Pressurized series flow |
| Oil-life monitor | Oil-minder system | Intelligent Oil-Life Monitor® |
| Cylinders | 8 | 8 |
| Cylinder heads | Aluminum | Aluminum |
| Block material | Cast iron | Compacted graphite iron |
| Valve operation | Roller-rocker shaft | Push rod/rocker arms |
| Camshaft drive | Silent chain | Gear |
| Bore/Stroke | 4.02"/3.74" | 3.90"/4.25" |
| Compression ratio | 9.8:1 | 16.2:1 |
| Horsepower/rpm | 385 @ 5,500[2]/316 @ 4,179[3] | 400 @ 2,800 |
| Torque lb.-ft./rpm | 405 @ 4,500[2]/397 @ 4,179[3] | 800 @ 1,600 |
| Recommended fuel | Regular unleaded or E85 | Ultra-low-sulfur diesel or B20 (containing 20% or less biodiesel) |

[1]Certified to SAE J1349. [2]10,000 lbs. GVWR and under. [3]10,001 lbs. GVWR and over.

## MECHANICAL

| Front Suspension | |
|---|---|
| Type | Twin-I-Beam (F-250/F-350 4x2); solid Twin-Coil Monobeam axle (F-250/F-350 4x4, F-450 4x4) |
| Axle (rating @ ground) | 5,250 lbs. (F-250/F-350 4x2); 6,000 lbs. (F-250/F-350/F-450 4x4) |
| Springs | Coil |
| Shock absorbers | 1.38" gas type |
| Stabilizer bar | Standard |

| Rear Suspension | |
|---|---|
| Type | Solid axle |
| Axle (rating @ ground) | 6,200 lbs. (F-250); 7,280 lbs. (F-350 SRW); 9,650 lbs. (F-350 DRW/F-450) |
| Springs | Leaf |
| Shock absorbers | 1.38" gas type |
| Stabilizer bar | Standard on DRW pickup; optional in package on SRW pickup |

| Steering | |
|---|---|
| Assist | Power |
| Overall ratio | 20.49:1 (F-250/F-350 4x2); 20.41:1 (F-250/F-350 4x4); 20.41:1 average (F-450) |

| Brakes | |
|---|---|
| Type | 4-wheel vented-disc ABS (standard) |
| Front (rotor diameter) | 14.29" |
| Rear (rotor diameter) | 14.29" |

| Wheels | |
|---|---|
| Type | Steel or aluminum |
| Size | 17", 18" or 20" (F-250/F-350); 17" (F-450) |
| Number of studs | 8 |
| Bolt-circle diameter | 6.69" (170-mm) SRW; 7.87" (200-mm) F-350 DRW/F-450 |

## MAXIMUM PAYLOAD WEIGHT RATINGS (lbs.)

| | | Regular Cab | SuperCab | | Crew Cab | |
|---|---|---|---|---|---|---|
| | Max. GVWR | 137.0" WB | 141.8" WB | 158.0" WB | 156.2" WB | 172.4" WB |
| **F-250 SRW 4x2** | 9,900 | 4,140 | 3,760 | 3,660 | 3,540 | 3,440 |
| | 10,000 | 4,240 | 3,860 | 3,760 | 3,640 | 3,540 |
| **F-250 SRW 4x4** | 9,900 | 3,640 | 3,360 | 3,250 | 3,150 | 3,040 |
| | 10,000 | 3,780 | 3,460 | 3,350 | 3,250 | 3,140 |
| **F-350 SRW 4x2** | 10,000 | 4,080 | 3,790 | 3,720 | 3,610 | 3,470 |
| | 10,200 | — | — | 3,920 | 3,810 | — |
| | 10,500 | 4,540 | 4,250 | — | — | 3,970 |
| | 10,700 | — | 3,820 | — | 4,260 | — |
| | 10,800 | — | — | 3,780 | 3,740 | — |
| | 10,900 | — | — | 4,580 | — | — |
| | 11,000 | 4,390 | 4,070 | — | — | 4,420 |
| | 11,100 | — | — | — | — | 3,870 |
| | 11,400 | — | — | — | 4,300 | — |
| | 11,500 | — | — | 4,430 | — | 4,220 |
| **F-350 SRW 4x4** | 10,000 | 3,670 | 3,400 | 3,320 | 3,220 | 3,100 |
| | 10,400 | 4,000 | — | — | — | — |
| | 10,500 | 4,110 | 3,900 | — | — | — |
| | 10,600 | — | 3,950 | — | 3,820 | — |
| | 10,700 | — | — | 4,020 | — | — |
| | 10,800 | 3,810 | — | 4,070 | 3,970 | 3,900 |
| | 11,000 | 3,970 | — | 4,230 | — | 4,050 |
| | 11,100 | 4,680 | 4,420 | — | — | — |
| | 11,200 | — | 3,910 | 3,780 | 3,750 | 4,220 |
| | 11,300 | 4,930 | — | 3,830 | 4,430 | 3,610 |
| | 11,500 | 4,430 | 4,170 | 3,990 | 3,970 | 3,780 |
| **F-350 DRW 4x2** | 13,500 | 7,260 | — | — | — | — |
| | 13,900 | — | — | 7,210 | — | — |
| | 14,000 | 7,070 | — | 6,560 | — | 7,080 |
| **F-350 DRW 4x4** | 13,800 | 7,090 | — | — | — | — |
| | 14,000 | 6,650 | — | 6,900 | — | 6,680 |
| **F-450 DRW 4x4** | 14,000 | — | — | — | — | 5,880 |

WB = wheelbase

## 5TH-WHEEL TOWING — MAXIMUM LOADED TRAILER WEIGHT RATINGS (lbs.)

| Automatic Transmission | | | Regular Cab | | | | | | SuperCab | | | | | | Crew Cab | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engine | Axle Ratio | GCWR | F-250 SRW 4x2 | F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-250 SRW 4x2 | F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-250 SRW 4x2 | F-350 SRW 4x2 | F-350 DRW 4x2 | F-250 SRW 4x4 | F-350 SRW 4x4 | F-350 DRW 4x4 | F-450 DRW 4x4 |
| 6.2L 2-valve FFV | 3.73 | 19,000 | 13,000 | 12,900 | — | 12,500 | 12,500 | — | 12,700 | 12,600 | — | 12,300 | 12,200 | — | 12,400 | 12,400 | — | 12,100 | 12,000 | — | — |
| | | 19,500 | — | — | 13,000 | — | — | 12,600 | — | — | 12,600 | — | — | 12,200 | — | — | 12,400 | — | — | 12,000 | — |
| | 4.30 | 22,000 | 16,000 | 15,900 | — | 15,500 | 15,500 | — | 15,700 | 15,600 | — | 15,300 | 15,200 | — | 15,400 | 15,400 | — | 15,100 | 15,000 | — | — |
| | | 22,500 | — | — | 16,000 | — | — | 15,600 | — | — | 15,200 | — | — | 15,400 | — | — | 15,000 | — | — | — | — |
| 6.7L V8 Turbo Diesel | 3.31 | 23,500 | 16,800 | 16,700 | — | 16,400 | 16,300 | — | 16,500 | 16,400 | — | 16,100 | 16,100 | — | 16,300 | 16,300 | — | 15,900 | 15,900 | — | — |
| | 3.55 | 23,500 | 16,800 | 16,700 | — | 16,400 | 16,300 | — | 16,500 | 16,400 | — | 16,100 | 16,100 | — | 16,300 | 16,300 | — | 15,900 | 15,900 | — | — |
| | 3.73 | 30,500 | — | — | 23,200 | — | — | 22,900 | — | — | 22,800 | — | — | 22,400 | — | — | 22,600 | — | — | 22,200 | — |
| | 4.30 | 33,000 | | | | | | | | | | | | | | | | | | | 24,700 |

2013 SUPER DUTY®
ford.com

BUILT Ford TOUGH

   

# QUALITY, GREEN, SAFE AND SMART.

**ford.com**

**New Vehicle Limited Warranty.** We want your Ford F-Series Super Duty® ownership experience to be the best it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage, 5-year/60,000-mile Powertrain Warranty coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion (perforation) coverage – all with no deductible. The Ford 6.7L Power Stroke® diesel engine gets 5-year/100,000-mile warranty coverage. Please ask your Ford Dealer for a copy of this limited warranty.  **Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles, so you have the security of knowing that help may be only a phone call away should you run out of fuel, lock yourself out of the vehicle or need towing. Your Ford Dealer can provide complete details on all of these advantages.  **Ford Credit.** Get the ride you want. Whether you plan to lease or finance, you'll find the choices that are right for you at Ford Credit. Ask your Ford Dealer for details or check us out at fordcredit.com.  **Ford Extended Service Plan.** For a purchase or lease, the Ford Extended Service Plan (ESP) gives you "Peace-of-Mind" protection designed to cover key vehicle components and protect you from the cost of unexpected repairs. Ask your dealer for a Ford ESP, the only service contract backed exclusively by Ford and honored at all Ford dealerships.  **Insurance Services.** Get Ford Motor Company quality in your auto insurance. Our program offers industry-leading benefits and competitive rates. Call 1-877-367-3847, or visit us at fordvip.com for a no-obligation quote. Insurance offered by American Road Services Company (in CA, American Road Insurance Agency), a licensed agency and subsidiary of Ford Motor Company.  **Genuine Ford Accessories** will be warranted for whichever provides you the greatest benefit: 12 months or 12,000 miles (whichever occurs first), or the remainder of your Bumper-to-Bumper 3-year/36,000-mile New Vehicle Limited Warranty. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are fully designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Follow Ford:    facebook.com/fordtrucks      twitter.com/fordtrucks      youtube.com/fordtrucks      gplus.to/FordMotorCompany

©2012 Ford Motor Company   13FSDWEBPDF

2013 **SUPER DUTY**®
ford.com

