# EXHIBIT 6

| News | Reviews | Buyer's Guide | Watch | Features | The Future | SEARCH | | JOIN |

| Make | Model | Year | GO |

## 2013 Ford F-350



**TRIM**
Super Duty XL 2WD SRW Regular Cab

**Original MSRP**
$30,770

**Clean Retail Price**
$20,757

FIND THE BEST PRICE

Fuel Economy:
11 / 16 mpg

Towing (Max):
12500 lbs.

Horsepower:
385@5,500

SEE ALL SPECS

# Ford F-350 Expert Review

Jeremy Cook

When you're making plans to run a 1,000-mile race down the entire Baja peninsula for the NORRA Mexican 1000, you have to possess a lot more than a race vehicle and the desire to beat yourself up for a week. Planning and preparation are paramount. This year, when this editor and five friends decided to do it in Allan Lindsay's four-seat prerunner, we also decided we were going to run a bare-bones crew with just one chase vehicle, towing the enclosed trailer. This meant the truck needed to be ready for just about anything, like putting in untold miles on the race course should the race car have an issue.

We chose our buddy Linka's '13 F-350 4x4 for obvious reasons. While we could tow the trailer down to the next pit in style and comfort, it was still limber enough to head out on the course if need be. But the stock wheel and worn-out tire combo weren't much to look at, and the stock stance and clearance left a lot to be desired up front.

After talking to Casey at SoCal SuperTrucks, we went with the tried-and-true Stage 1 leveling kit from Icon Vehicle Dynamics. Besides giving the truck the needed 2.5 inches to clear 35-inch tires, the Icon kit is about as simple as they get. A pair of Icon-engineered dual-rate coil springs with match-tuned 2.0 Aluminum Series shocks alignment cams is all that's needed to level the F-350 out. And a matching set of 2.0 rear shocks is thrown in the rear to keep things uniform.

For rolling stock, we were already working with Ultra Motorsports, using its Xtreme 103 beadlock wheels on the race car. So it was natural to use one of its dualie wheels on the F-350. We chose the Predator in satin black, knowing the monochromatic look would give the black dualie a quick makeover. For tires, we followed suit. Since we were already running General Grabber X3s on the car, it only made sense to get another six for the truck. It was also pretty cool that both vehicles were running 35/12.50R17s, giving us more options if we had any issues deep down in Baja.

Another quick item we wanted to take care of was the faded chrome factory steps that hung down way too far on either side of the Ford. We happened to have a set of N-Fab AdjustSteps sitting over at Bud's Diesel that fit the F-350, so we made a stop by there for one last install before hitting the road. Follow along as we make quick work of the installs, and check out the manufacturer websites for more info for your ride. And if you're wondering how we did in the race: Third in class behind two veteran racers out of 14 cars, and 14th overall out of 260 vehicles. Not bad for a group of friends and a 10-year-old prerunner buggy!

## Ford F-350 Specifications

**Overview**   Features   Warranty   Recalls   Safety   Incentives & Rebates

### Performance

| | |
|---|---|
| Engine Name | V8, Flexible Fuel, 6.2 Liter |
| Trim | Super Duty XL 2WD SRW Regular Cab |
| Horsepower | 385@5,500 |
| Torque | 405@4,500 |
| Number Of Cylinders | 8 |

### Interior Dimensions

| | |
|---|---|
| Front Headroom | 40.7 in |
| Rear Headroom | N/A |
| Front Legroom | 41.1 in |
| Rear Legroom | N/A |
| Front Shoulder Room | 68.0 in |

**SEE ALL SPECS**

## Ford F-350 Top Competitors

**Pricing**    MPG    Horsepower

2013 Ford F-350
MSRP: $30,770

| Not Rated | Not Rated | Not Rated |
|---|---|---|
| 2013 Ram 2500 | 2013 Ford F-250 | 2013 Ram 3500 |
| MSRP: $29,420 | MSRP: $29,875 | MSRP: $30,105 |

## Get Competitive Pricing with MotorTrend

*Complete the form below* to get no obligation, free price quotes from dealers near you

**GO**

Make: Ford

Model: Select a Model

First Name

Last Name

Email Address

Phone Number

Zip Code: 48075

*Car Deal Finder, the brands, and/or the dealers that I select on this form may contact me on any number I provide, whether a mobile phone number or a land line number, using automated telephone dialing systems, text and/or pre-recorded messages for telemarketing purposes. By providing a telephone number and completing a quote form, I am expressly consenting to these methods of contact and the terms outlined in our Terms of Use and Privacy Statement. I understand that calls and messages to any mobile phone number may incur access fees from my cellular provider. I understand that consent is not required as a condition of these services.

© NOTICE: The automotive images or video contained here in are owned by EVOX Productions LLC and are protected under United States and international copyright law.

Feedback

## Car News & Reviews

**MOTORTREND | BUYER'S GUIDE**
What Truck Should I Buy?

**MOTORTREND | BUYING ADVICE**
These Are the Best Resale Value Trucks for 2022

**TRUCKTREND | HOW-TO - MAINTENANCE**
How-To Clean and Protect a Vinyl Wrap

**TRUCKTREND | AUCTIONS**
Diesel-Powered '79 Ford F-350 Beats Corvettes and Camaros With $220,000 Sale Price

**FOUR WHEELER | OFF-ROAD TRUCK**
Is It Cheaper To Buy a Ford Tremor or Build One With Aftermarket Parts?

SHOW MORE

## All Model Years

2022  2021  2020  2019  2018  2017  2016  2015  2014  2013  2012  2011  2010  2009  2008  2007  2006  2005
2004  2003  2002  2001  2000  1999

Feedback

Feedback