# EXHIBIT 7



| News | Reviews | Buyer's Guide | Watch | Features | The Future | SEARCH | | JOIN |

| Make | Model | Year | GO |

# 2016 Ford F-350

**TRIM**
Super Duty XL 2WD SRW Regular Cab

**Original MSRP**
$33,280

**Clean Retail Price**
$29,211

FIND THE BEST PRICE

Fuel Economy: 11 / 16 mpg

Towing (Max): 12500 lbs.

Payload (Max): 5390 lbs.

SEE ALL SPECS

#### Pros

Powerful Powerstroke engine

Towing and payload capacity

Choice of configurations

#### Cons

Dated exterior styling

Interior starting to show its age

## Ford F-350 Expert Review

MotorTrend Staff

After a 2015 refresh, changes to the 2016 Ford F-350 are minimal. A rapid-heat supplemental cab heater is now standard in cold-weather states, while new available features include four-corner LED warning strobe light kit and rearview camera and prep kit on certain models. Shadow Black and Race Red replace Tuxedo Black and Vermillion Red on the exterior paint palette, respectively.

EXPAND ALL ⌄

Vehicle Summary ⌄

Overview ⌄

Safety ⌄

What We Think ⌄

Key Competitors ⌄

## Ford F-350 Specifications

**Overview**   Features   Warranty   Recalls   Safety   Incentives & Rebates

### Performance

| | |
|---|---|
| Engine Name | V8 Flex Fuel 6.2 Liter |
| Trim | Super Duty XL 2WD SRW Regular Cab |
| Horsepower | 385@5,500 |
| Torque | 405@4,500 |
| Number Of Cylinders | 8 |

### Interior Dimensions

| | |
|---|---|
| Front Headroom | 40.7 in |
| Rear Headroom | N/A |
| Front Legroom | 41.1 in |
| Rear Legroom | N/A |
| Front Shoulder Room | 68.0 in |

SEE ALL SPECS

## Ford F-350 Top Competitors

**Pricing**   MPG   Horsepower

2016 Ford F-350
MSRP: $33,280

| Not Rated | Not Rated | Not Rated |
|---|---|---|
| 2016 Ram 2500 | 2016 Ram 3500 | 2016 Ford F-250 |
| MSRP: $31,780 | MSRP: $32,285 | MSRP: $32,385 |

## Get Competitive Pricing with MotorTrend

*Complete the form below* to get no obligation, free price quotes from dealers near you

GO

**Make**
Ford

**Model**
Select a Model

**First Name**

**Last Name**

**Email Address**

**Phone Number**

*Car Deal Finder, the brands, and/or the dealers that I select on this form may contact me on any number I provide, whether a mobile phone number or a land line number, using automated telephone dialing systems, text and/or pre-recorded messages for telemarketing purposes. By providing a telephone number and completing a quote form, I am expressly consenting to these methods of contact and the terms outlined in our Terms of Use and Privacy Statement. I understand that calls and messages to any mobile phone number may incur access fees from my cellular provider. I understand that consent is not required as a condition of these services.

© NOTICE: The automotive images or video contained here in are owned by EVOX Productions LLC and are protected under United States and international copyright law.

Zip Code
48075

## Car News & Reviews

MOTORTREND | BUYER'S GUIDE
**What Truck Should I Buy?**

MOTORTREND | BUYING ADVICE
**These Are the Best Resale Value Trucks for 2022**

TRUCKTREND | HOW-TO - MAINTENANCE
**How-To Clean and Protect a Vinyl Wrap**

TRUCKTREND | AUCTIONS
**Diesel-Powered '79 Ford F-350 Beats Corvettes and Camaros With $220,000 Sale Price**

FOUR WHEELER | OFF-ROAD TRUCK
**Is It Cheaper To Buy a Ford Tremor or Build One With Aftermarket Parts?**

SHOW MORE

## All Model Years

2022  2021  2020  2019  2018  2017  2016  2015  2014  2013  2012  2011  2010  2009  2008  2007  2006  2005
2004  2003  2002  2001  2000  1999