AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:22-CV-12079-PDB-DRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **FORD MOTOR COMPANY, A DELAWARE LIMITED LIABILITY COMPANY**
was recieved by me on  **9/07/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **The Corporation Company**, who is designated by law to accept service of process on behalf of **FORD MOTOR COMPANY, A DELAWARE LIMITED LIABILITY COMPANY 09/08/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/09/2022

*Server's signature*

**Aaron Edwards**
*Printed name and title*

**13081 Rawsonville Rd
Belleville, MI 48111**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to The Corporation Company, RA with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0093082383**

