# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVEN BECK, DAVID BRADEN, MARK WILLARD, MATTHEW WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:22-cv-12079-PDB-DRG<br><br>Honorable Paul D. Borman<br><br>Magistrate David R. Grand |
| BRENDA L. RHODES and STEPHEN T. RHODES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:22-cv-12110-PDB-DRG<br><br>Honorable Paul D. Borman<br><br>Magistrate David R. Grand |

**ORDER AND AGREED UPON STIPULATION (MODIFIED) FOR CONSOLIDATION OF THESE RELATED ACTIONS AND SETTING SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADINGS**

WHEREAS, there are two related putative class actions pending in this Court against Defendant Ford Motor Company ("Ford"): *Beck, et. al. v. Ford Motor Co.*, No. 2:22-cv-12079-PDB-DRG and *Rhodes v. Ford Motor Co.*, No. 2:22-cv-12110-PDB-DRG (together, the "Related Cases").

WHEREAS, Plaintiffs in the Related Cases allege that 1999–2016 model year Ford Super Duty pick-up trucks contain an unreasonably weak roof design, that was not disclosed at the time of purchase, that causes the roofs to be instantly crushed in the event of a rollover accident, resulting in paralysis, grave injury, and death to vehicle occupants (the "Roof-Crush Risk").

WHEREAS, the parties are currently unaware of any other related class action lawsuits pending in any other state or federal court that involve similar allegations about Ford Super Duty pick-up trucks with the Roof-Crush Risk.

WHEREAS, Plaintiffs, by and through their respective counsel, have conferred and agree that consolidation of these two Related Cases is appropriate under Fed. R. Civ. P. 42(a) and L.R. 42.1 because they involve common questions of law or fact. Each of these Related Cases name a common defendant (Ford), arise from the same alleged Roof-Crush Risk, and assert similar claims on behalf of similar and/or overlapping putative classes.

WHEREAS, Plaintiffs' counsel have conferred with counsel for Ford, who agree that these two cases should be consolidated in this Court pursuant to Fed. R.

2

Civ. P. 42 and L.R. 42.1. Ford takes no position on whether or which lead counsel should be appointed at this time.

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate (modified) that:

1. The above-captioned actions pending in this Court shall be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) (the "Consolidated Action").

2. All papers filed in the Consolidated Action of these two cases must be filed under Case No. 2:22-cv-12079-PDB-DRG, the number assigned to the first-filed case, and must bear the following case name: *In re Ford Super Duty Roof-Crush Litigation.*

3. The case file for this Consolidated Action will be maintained under docket number 2:22-cv-12079-PDB-DRG.

4. The Clerk will be directed to administratively close the following related case: *Rhodes v. Ford Motor Co*, No. 2: 22-cv-12110-PDB-DRG.

5. The Court hereby sets the following deadlines for these two cases

a.     Plaintiffs' Deadline to File a Consolidated Complaint: October 28, 2022. Ford shall not be required to respond to the currently pending complaints in either of the Related Cases.

b.     Ford's Deadline to Respond to the Consolidated Complaint either by

answer or motion: December 16, 2022.

      c.     If Ford's response to the Consolidated Complaint includes motion(s) for dispositive or other relief, Plaintiffs' response brief(s) shall be filed on or before January 17, 2023, and Ford's reply brief(s) shall be filed on or before February 17, 2023.

**IT IS SO ORDERED**.

Dated: October 12, 2022                    s/Paul D. Borman
                                        Hon. Paul D. Borman
                                          United States District Judge

**STIPULATED AND AGREED TO BY:**

Respectfully Submitted,

By: */s/ Steve W. Berman (with consent)*        Dated: October 6, 2022
Steve W. Berman
Thomas E. Loeser
Shelby Smith
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com
shelby@hbsslaw.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
*Attorneys for Plaintiffs in Beck, et. al.*
*v. Ford Motor Co.*

By: */s/ Sharon S. Almonrode (with consent)*        Dated: October 6, 2022
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@miller.law
ssa@miller.law

5

Joseph H. Meltzer
Melissa L. Troutner
Ethan J. Barlieb
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
ebarlieb@ktmc.com

*Attorneys for Plaintiffs in Rhodes, et. al.*
*v. Ford Motor Co.*

By: */s/ Derek J. Linkous*                                    Dated: October 6, 2022
Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com

Perry W. Miles IV
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
pmiles@mcguirewoods.com

*Attorneys for Defendant Ford Motor Company*

6