**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


IN RE FORD SUPER DUTY                      Case No. 2:22-cv-12079
ROOF-CRUSH LITIGATION                      Hon. Brandy R. McMillion

_____/

## ORDER PARTIALLY DISMISSING
## COUNT II WITH RESPECT TO FLORIDA

Upon further review, the Court determined that the nationwide-class Fraudulent Concealment claim (Count II) should have been dismissed with respect to Florida, in addition to the 30 unrepresented states and Arkansas.  Accordingly, for the reasons explained in Section III.C.4.d of the Court's Opinion and Order Granting in Part, Denying in Part Defendant Ford Motor Company's Motion to Dismiss (ECF No. 57) (relating to the economic loss doctrine), Count II is **PARTIALLY DISMISSED** with respect to Florida.


**IT IS SO ORDERED.**


Dated: November 19, 2024                  s/Brandy R. McMillion
                                          BRANDY R. MCMILLION
                                          United States District Judge

1