UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FORD SUPER DUTY ROOF-CRUSH LITIGATION | Case No. 2:22-cv-12079<br><br>Honorable Brandy R. McMillion |

**STIPULATED ORDER STAYING CASE**

The Parties, after meeting and conferring, jointly agree and stipulate to this Proposed Order staying the case pending the outcome of the Sixth Circuit's *en banc* panel ruling in *Speerly v. General Motors, LLC*, No. 23-01940.

1. On November 27, 2024, this Court entered its Case Management Requirements and Scheduling Order ("CMO"). ECF No. 66. The CMO set a fact discovery cutoff of July 11, 2025 and a dispositive motion cutoff of February 6, 2026.

2. Currently pending in the Sixth Circuit is *Speerly v. General Motors, LLC*, which arises out of GM's appeal of Judge Lawson's order granting class certification. On August 28, 2024, the Sixth Circuit panel affirmed Judge Lawson's ruling. However, on December 19, 2024, the Sixth Circuit granted GM's petition for *en banc* rehearing.

3. The *en banc* briefing was completed on March 6, 2025, and the *en banc* argument was conducted on March 20, 2025.

1

4. Given that many of the questions at issue in *Speerly* are relevant to the legal issues in this case and that discovery here has just recently commenced, the Parties believe it would be in the best interests of the Parties and this Court to stay this litigation until those questions are resolved by the Sixth Circuit. The Sixth Circuit's opinion will have important ramifications on this case and which claims may or may not be able to proceed.

5. For these reasons, the Parties request a stay with an agreement to provide the Court with an update and a new proposed case schedule within twenty-one days of the Sixth Circuit's ruling in *Speerly*.

Accordingly, **IT IS HEREBY ORDERED** that this case shall be **STAYED** and all deadlines, including discovery deadlines, suspended until the Sixth Circuit's ruling in *Speerly*.

**IT IS FURTHR ORDERED** that the Parties shall file a new proposed case schedule for the Court's consideration within twenty-one days of that ruling.

**IT IS SO ORDERED**.

Dated:  April 21, 2025                                   s/Brandy R. McMillion
                                                                      Honorable Brandy R. McMillion
                                                                      United States District Judge

| | |
|---|---|
| Dated: April 21, 2025 | Respectfully submitted, |

By: */s/ Brian D. Schmalzbach (w/consent)*
Perry W. Miles IV
Brian D. Schmalzbach
Jonathan T. Tan
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com
jtan@mcguirewoods.com

Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com

*Attorneys for Defendant*

/s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt, Jr. (P81118)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Meredith S. Simons
Jacob Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
merediths@hbsslaw.com
jakeb@hbsslaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Joseph H. Meltzer
Melissa L. Yeates
Tyler S. Graden
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
myeates@ktmc.com
tgraden@ktmc.com

3

Gretchen F. Cappio (P84390)
Ryan P. McDevitt (P84389)
**KELLER ROHRBACK LLP**
1201 3rd Avenue
Ste 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

**FEGAN SCOTT LLC**
Elizabeth A. Fegan
150 S. Wacker Dr.,
24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Jonathan D. Lindenfeld
140 Broadway
46th Floor
New York, NY 10005
Phone: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

*Interim Plaintiffs' Executive Committee*