# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FORD SUPER DUTY ROOF-CRUSH LITIGATION | No. 2:22-cv-12079<br><br>Hon. Brandy R. McMillion |

## STIPULATED SCHEDULING ORDER

The matter having come before the Court upon the Stipulation of the undersigned Parties:

1. On April 21, 2025, this Court entered its Stipulated Order Staying Case, ECF No. 73 ("Stay Order"), pending the outcome of the Sixth Circuit's *en banc* panel ruling in *Speerly v. General Motors, LLC*, No. 23-01940. The Sixth Circuit entered its ruling on June 27, 2025.

2. Pursuant to the Stay Order, the Parties were to file a new proposed case schedule for the Court's consideration within twenty-one days of that ruling.

3. Counsel for the Parties conferred and propose the following case schedule:

|  | **Original Deadline** | **Proposed Revised Deadline** |
|---|---|---|
| Parties file stipulation of dismissal dismissing claims of some plaintiffs | n/a | August 15, 2025 |
| Discovery responses from remaining plaintiffs due | May 5, 2025 | August 29, 2025 |
| Fact Discovery Cutoff | July 11, 2025[1] | February 13, 2026 |
| Plaintiffs' Expert Reports Due | August 8, 2025 | March 13, 2026 |
| Ford's Expert Reports Due | October 7, 2025 | May 8, 2026 |
| Rebuttal Expert Reports Due | November 6, 2025 | June 5, 2026 |
| Expert Discovery Cutoff | January 9, 2026 | July 31, 2026 |
| Dispositive and Rule 702 motions due | February 6, 2026 | August 28, 2026 |
| Dispositive and Rule 702 oppositions due | April 7, 2026 | October 23, 2026 |
| Replies in Support of Dispositive and Rule 702 Motions due | May 7, 2026 | November 20, 2026 |
| Early Settlement Conference | TBD by the Court | TBD by the Court |

---

[1] This and subsequent original deadlines were set by the Court's Case Management Requirements and Scheduling Order, ECF No. 66.

| | | |
|---|---|---|
| Motion for Class Certification and Plaintiffs' Proposed Trial Plan | 30 days after ruling on any dispositive motions | 30 days after ruling on any dispositive motions |
| Opposition to Motion for Class Certification and Response to Plaintiffs' Proposed Trial Plan | 60 days after ruling on any dispositive motions | 60 days after ruling on any dispositive motions |
| Reply Brief in Support of Motion for Class Certification and Reply Brief in Support of Plaintiffs' Proposed Trial Plan | 74 days after ruling on any dispositive motions | 74 days after ruling on any dispositive motions |
| Status Conference | Within 30 days after ruling on Motion for Class Certification | Within 30 days after ruling on Motion for Class Certification |

**APPROVED AND ORDERED**.

Dated: July 18, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

**SO STIPULATED:**

Dated: July 18, 2025

By: */s/ Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt, Jr. (P81118)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Meredith S. Simons
Jacob Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
merediths@hbsslaw.com
jakeb@hbsslaw.com

*Interim Co-Lead Counsel*

Respectfully submitted,

By: */s/ Perry W. Miles IV (w/consent)*
Perry W. Miles IV
Brian D. Schmalzbach
Jonathan T. Tan
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com
jtan@mcguirewoods.com

Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
BUSH SEYFERTH PLLC
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com

*Attorneys for Ford Motor Company*