UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE FORD SUPER DUTY ROOF-CRUSH LITIGATION | No. 4:22-cv-12079-BRM DRG<br><br>Honorable Hon. Brandy R. McMillion<br><br>Magistrate Judge David R. Grand |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Ford Motor Co. hereby stipulate to permit Plaintiffs Justin Sager, Sarah Ellers, John Stowers, Brendan Lawless, Douglas Holicz, John Koblasz, Ryan Scott, Richard Powell, Dwaine Stutler Jr., Jesse Porter, Mark Willard, Kevin Thomas, Pat Griffit, Desmond Rains, Everett Sylvester Wilson III, Brenda Rhodes, Stephen Rhodes, and Greg Duenes to voluntarily dismiss their claims from the Second Consolidated Class Action Complaint (ECF No. 25) without prejudice, with each side bearing their own costs.

Accordingly, the following claims are also dismissed without prejudice, with each side bearing their own costs: Count II (Fraudulent Concealment) under the laws of Alabama, Arizona, Connecticut, Florida, Indiana, Iowa, Montana, New Jersey, Oklahoma, South Carolina, Texas, and Utah; Count III (Unjust Enrichment) under the laws of Alabama, Arizona, Arkansas, Connecticut, Florida, Indiana, Iowa, Montana, New Jersey, Oklahoma, South Carolina, Texas, and Utah); Count IV

-1-

(Alabama Deceptive Trade Practices Act); Count V (Arizona Consumer Fraud Act); Count XIV (Connecticut Unlawful Trade Practices Act); Count XIX (Indiana Deceptive Consumer Sales Act); Count XXI (Consumer Frauds Acts in Violation of Iowa Law); Count XXII (Montana Unfair Trade Practices and Consumer Protection Act); Count XIV (New Jersey Consumer Fraud Act); Count XXIX (Oklahoma Consumer Protection Act); Count XXXV (Texas Deceptive Trade Practices Act); and Count XXXVII (Utah Consumer Sales Practices Act).

**SO STIPULATED:**

Dated: August 14, 2025

By: /s/ Dennis A. Lienhardt
E. Powell Miller (P39487)
Dennis A. Lienhardt, Jr. (P81118)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Meredith S. Simons
Jacob Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
merediths@hbsslaw.com
jakeb@hbsslaw.com

Respectfully submitted,

By: /s/ Jonathan T. Tan (w/consent
Perry W. Miles IV
Brian D. Schmalzbach
Jonathan T. Tan
MCGUIREWOODS LLP
Gateway Plaza 800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com
jtan@mcguirewoods.com

Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
BUSH SEYFERTH PLLC
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com

*Attorneys for Defendant Ford Motor*

*Attorneys for Plaintiffs*          *Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

DATED this 14th day of August, 2025.

/s/ *Dennis A. Lienhardt*
Dennis A. Lienhardt
